[No. 4732-6-III.  Division Three.  July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 4257, Robert S. Day, J., entered June 16, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Munson and McInturff, JJ.

[No. 4973-6-III.  Division Three.  July 12, 1983.]

WILLIAM B. PETERSEN, *Respondent,* v. DALLAS PETERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 80-2-00178-4, Albert J. Yencopal, J., entered January 7, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 5388-1-III.  Division Three.  July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS W. TABER, *Petitioner.*

Appeal from a judgment of the Superior Court for Chelan County, No. 6036, Fred Van Sickle, J., entered September 20, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, A.C.J., and Green, J.